UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| MARIO DWAYNE GILBERT and ) | |
| SHARYE NOALVETTE GILBERT, ) | CASE NO.: 13-62481-PMB |
| ) | |
| DEBTORS. ) | |

**MOTION TO DISMISS**

COMES NOW Adam M. Goodman, Trustee in the above styled matter, and respectfully shows the Court as follows:

1. Debtors have filed a petition for relief under Chapter 13.

2. Debtors have failed to comply with this Court's Order requiring regularly monthly Plan payments. Debtors should have paid $32,622.97. Debtors have paid a total of $31,822.97, causing a delinquency of $800.00. Debtors' Plan violates 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6).

3. Debtors' Plan will exceed 60 months, in violation of 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6); see also 11 U.S.C. § 1322(d).

4. In addition, Debtors failed to remit the 2014 income tax returns, or any resulting refund to the Trustee. Accordingly the Debtors are in material default of the terms of the confirmed Plan and has caused unreasonable delay that is prejudicial to the creditors. The case should be dismissed. 11 U.S.C. §§ 1307(a)(1) and 1307 (c)(6). By the time this matter comes before the Court, Debtor should also provide a copy of the 2015 tax return to the Trustee.

WHEREFORE, Trustee respectfully requests this case be dismissed.

Dated: December 21, 2015

Prepared and Presented by:

/s/
Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: )<br>MARIO DWAYNE GILBERT and )<br> )<br>SHARYE NOALVETTE GILBERT, )<br> )<br>DEBTORS. ) | CHAPTER 13<br><br>CASE NO.: 13-62481-PMB |

**NOTICE OF HEARING ON MOTION TO DISMISS CASE**

A hearing on the Chapter 13 Trustee's Motion to Dismiss will be held January 21, 2016 at 9:30 am in the Richard B. Russell Building, 75 Ted Turner Drive S.W. Courtroom 1202, Atlanta, GA 30303-3367.

All written objection shall state the grounds therefor and shall be filed with the Clerk, United States Bankruptcy Court: Richard B. Russell Building, 75 Ted Turner Drive S.W., Room 1340, Atlanta, GA 30303.

A copy of the objection should be furnished to the Chapter 13 Trustee:

Prepared and Presented by:

/s/
Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MARIO DWAYNE GILBERT and | ) | |
| SHARYE NOALVETTE GILBERT, | ) | CASE NO.: 13-62481-PMB |
| | ) | |
| DEBTORS. | ) | |

13-62481-PMB

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

    DEBTOR(S):

    MARIO DWAYNE GILBERT
    SHARYE NOALVETTE GILBERT
    1152 SIMONTON GLEN WAY
    LAWRENCEVILLE, GA  30045

    DEBTOR(S) ATTORNEY:

    RICKMAN & ASSOCIATES, PC
    1755 NORTH BROWN RD, STE 200
    LAWRENCEVILLE, GA  30043

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on the Motion to Dismiss Case by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon today December 21, 2015.

Prepared and Presented by:

/s/_____
Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax